UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFS KRASTS, | ) Case No. 5:15-cv-03701-PSG |
| Plaintiff, | ) **CASE SCHEDULING ORDER** |
| v. | ) **(Re: Docket No. 11)** |
| BELL AND HOWELL, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-50, INCLUSIVE, | ) |
| Defendants. | ) |

Based on the parties' joint case management statement[1] and case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that any motion to compel arbitration shall be presented by duly noticed motion pursuant to Civil L.R. 7-2.

IT IS FURTHER ORDERED that the parties participate in mediation. Within 14 days of the court's decision on any motion to compel arbitration, the parties shall contact the ADR Unit to make the necessary arrangements and meet with a mediator within 45 days.

---

[1] *See* Docket No. 11.

1

Case No. 5:15-cv-03701-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is Monday, January 18, 2016.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Non-expert discovery cutoff | October 24, 2016 |
| Designation of experts | November 7, 2016 |
| Designation of rebuttal experts | November 18, 2016 |
| Expert discovery cutoff | November 29, 2016 |
| Dispositive motion hearing | November 29, 2016 |
| Pre-trial conference | December 6, 2016 |
| Trial | December 19, 2016 |

**SO ORDERED.**

Dated:  September 17, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge