UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFS KRASTS,<br><br>             Plaintiff,<br><br>      v.<br><br>BELL AND HOWELL, LLC,<br><br>             Defendant. | Case No. 5:15-cv-03701-PSG<br><br>**ORDER TO SHOW CAUSE** |

On February 9, 2016, the ADR unit submitted a certification of ADR session stating that the case had settled.[1]  To date, no dismissal has been filed.  No later than February 24, 2016, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiff shall file the dismissal so that the court may close this case.

**SO ORDERED.**

Dated: February 10, 2016

                                                          _____
                                                          PAUL S. GREWAL
                                                          United States Magistrate Judge

---

[1] *See* Docket No. 27.