UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFS KRASTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELL AND HOWELL, LLC,<br><br>　　　　Defendant. | Case No. 5:15-cv-03701-PSG<br><br>**ORDER GRANTING LEAVE TO FILE STIPULATION AND DENYING MOTION TO COMPEL ARBITRATION**<br><br>**(Re: Docket Nos. 17, 29)** |

On February 9, 2016, Mediator Katherine Clark submitted an ADR session certification stating that the parties had fully settled this case.[1] The parties request 30 days to document the terms of the settlement and file a joint stipulation dismissing this case with prejudice.[2] Leave is GRANTED, and the parties shall file the joint stipulation no later than March 17, 2016. Plaintiff Alfs Krasts' pending motion to compel arbitration[3] is DENIED, without prejudice to renewal if this case should proceed for any reason.

**SO ORDERED.**

Dated: February 16, 2016

　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 27.

[2] *See* Docket No. 29.

[3] *See* Docket No. 17.

1

Case No. 5:15-cv-03701-PSG
ORDER GRANTING LEAVE TO FILE STIPULATION AND DENYING MOTION TO COMPEL ARBITRATION